# Notice Recipients

| | | |
|---|---|---|
| District/Off: 0314−1 | User: admin | Date Created: 04/12/2021 |
| Case: 1:20−bk−03645−HWV | Form ID: 318 | Total: 26 |

**Recipients of Notice of Electronic Filing:**

| | | |
|---|---|---|
| ust | United States Trustee | ustpregion03.ha.ecf@usdoj.gov |
| tr | Lawrence G. Frank (Trustee) | lawrencegfrank@gmail.com |
| aty | Charles G. Wohlrab | cwohlrab@raslg.com |
| aty | Gregory S Hazlett | adlitem@pa.net |

TOTAL: 4

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**

| | | | |
|---|---|---|---|
| db | Brandy L Nornhold | 7196 Red Top Road | Hummelstown, PA 17036 |
| cr | U.S. Bank Trust National Association | ROBERTSON, ANSCHUTZ, SCHNEID, CRANE & PA 130 CLINTON RD #202 | FAIRFIELD, NJ 07004 |
| 5382579 | FMA alliance ltd | 12339 cutten road | Houston, TX 77066 |
| 5382582 | JPMCB card services | po box 15369 | Wilmington, DE 19850 |
| 5382580 | Jason Nornhold | 1711 Fulton Road | Dauphin, PA 17018 |
| 5384672 | Pennsylvania Department of Revenue | Bankruptcy Division PO Box 280946 | Harrisburg, Pa. 17128−0946 |
| 5382587 | Pennsylvania State Employees Credit | PO Box 67013 | Harrisburg, PA 17106−7013 |
| 5382588 | Pennsylvania State Employees Credit | PO Box 67013 | Harrisburg, PA 17106−7013 |
| 5382591 | SELENE FINANCE | 120 GEBRAL TAR ROAD | Horsham, PA 19044 |
| 5392042 | U.S. BANK TRUST NATIONAL ASSOCIATION | in c/o ROBERTSON, ANSCHUTZ, SCHNEID, CRA 130 CLINTON RD #202 | FAIRFIELD, NJ 07004 |
| 5382593 | VRMTG Asset Trust | 9990 richmond avenue suite 400 sout | Houston, TX 77042 |
| 5382594 | Wells Fargo Home Mortgage | po box 10335 | Des Moines, IA 50306 |
| 5382578 | discover financial services | po box 15316 | Wilmington, DE 19850 |
| 5382581 | jpmcb card service | 301 north walnut st. floor 9 | Wilmington, DE 19801−3935 |
| 5382583 | kohls capital one | po box 3115 | Milwaukee, WI 53201 |
| 5382584 | pennsylvania state emmployees cred. | 1500 elmerton avenue | Harrisburg, PA 17110 |
| 5382585 | pennsylvania state emmployees cred. | 1500 elmerton avenue | Harrisburg, PA 17110 |
| 5382586 | pennsylvania state emmployees cred. | 1500 elmerton avenue | Harrisburg, PA 17110 |
| 5382589 | pennsylvania state employees credit | 1 credit union place | Harrisburg, PA 17110−2912 |
| 5382590 | pennsylvania state employees credit | 1 credit union place | Harrisburg, PA 17110−2912 |
| 5382592 | selene finance | 9990 richmond avenue suite 400s | Houston, TX 77042 |
| 5382595 | wells fargo home mortgage | po box 10394 | Des Moines, IA 50306−0394 |

TOTAL: 22